FILED
CHARLOTTE, N. C.

APR 13 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:06мj 81

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>JESSE DAVID REID<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>) | ORDER TO SEAL |

On the government's motion to seal in the above-captioned file, and for the reasons stated in the government's motion, this file is sealed.

The Court however notes an exception to the seal, for the limited exception of allowing the Department of Justice prosecutors to share the contents of the file with appropriate Costa Rican judicial authorities so that the latter may effectuate the purposes of a Letters Rogatory issued to the Costa Rican authorities by this Court in connection with the above named defendant.

The criminal complaint and the accompanying affidavit against JESSE DAVID REID shall remain under seal as to all other third parties, and all other documents relating to this action shall remain under seal, pending further order of this Court.

IT IS SO ORDERED.

Signed this the 13th day of April, 2006.

_____
CARL HORN, CHIEF
UNITED STATES MAGISTRATE JUDGE